**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **FREDY SORIT LEYVA,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-2395-J** |
| | ) |
| **WARDEN, DIAMONDBACK CORRECTIONAL FACILITY,** | ) |
| | ) |
| **Respondents.** | ) |

**ORDER**

The Court is in receipt of the Petition for Writ of Habeas Corpus Petitioner has tendered in the above referenced case. In order for this action to proceed, Petitioner must either pay the $5.00 filing fee or be granted leave to proceed without prepayment of fees. 28 U.S.C. §§1914; 1915; LCvR3.2. Petitioner has neither paid the $5.00 filing fee in accordance with §1914 and LCvR3.2 nor submitted a motion for leave to proceed *in forma pauperis* which conforms to the statutory requirements of 28 U.S.C. § 1915(a)(2) and includes a certificate executed by an authorized officer of the appropriate penal institution stating (1) the amount of money or securities currently on deposit to the prisoner's credit in any institutional account; (2) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the action; and (3) petitioner shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

ACCORDINGLY, IT IS HEREBY ORDERED that Petitioner shall cure the deficiencies designated above no later than **September 23, 2026.** Failure to comply with this Order may result in the dismissal of this action without prejudice to re-filing and without further notice.

**THE CLERK OF COURT IS DIRECTED TO FORWARD TO THE PETITIONER THE NECESSARY FORM(S) TO ENABLE COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED** on September 9, 2026.

Shon T. Erwin

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE